# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERNESTO HERRERA | ) | Case No.   21-MJ-2498-MBB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 4, 2020   in the county of   Bristol   in the
_____ District of   Massachusetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit of Special Agent Lisa A. Crandall, FBI, incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Lisa A. Crandall, FBI
*Printed name and title*

Sworn to before me telephonically pursuant to Fed. R. Crim. P. 4.1.

Date:   6/1/2021

City and state:   Brookline, MA

HON. MARIANNE B. BOWLER
United States Magistrate Judge