**AFFIDAVIT OF SPECIAL AGENT LISA A. CRANDALL
IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Lisa A. Crandall, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION**

1. I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") since June 2010 and I am currently assigned to the Boston Division, Lakeville Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to, among other things, the on-line sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C § 2256) in different forms of media including computer media.

2. I submit this affidavit in support of a criminal complaint charging Ernesto HERRERA (YOB 1988), of Chicago, Illinois, with one count of sexual exploitation of children, in violation of 18 U.S.C. § 2251(a), and one count of receipt of child pornography, in violation of 18 U.S.C § 2252A(a)(2)(A).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent with the FBI. Because this affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not

included each and every fact known to me concerning this investigation. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## STATEMENT OF PROBABLE CAUSE

### Interview of Minor A

4. On February 2, 2021, law enforcement conducted an interview of a minor female who lives in Massachusetts (hereafter referred to as "MINOR A"). During the interview, MINOR A provided information regarding an individual using Snapchat[1] username ▓▓▓▓▓▓▓, among other things.[2]

5. MINOR A advised that ▓▓▓▓▓▓▓ sent a friend request to MINOR A when she was approximately sixteen years old. According to MINOR A, upon accepting ▓▓▓▓▓▓▓ friend request, ▓▓▓▓▓▓▓ sent a video to MINOR A that depicted MINOR A engaged in sexual acts with her dog and threatened to expose her if she did not produce videos of herself for ▓▓▓▓▓▓▓.[3] For example, ▓▓▓▓▓▓▓ manipulated MINOR A to produce what she described as "stretching" videos of herself, which consisted of inserting various large items into her vagina. ▓▓▓▓▓▓▓ also directed MINOR A to engage in sexual acts with her dog. MINOR A advised that ▓▓▓▓▓▓▓ only communicated with her using the Snapchat application and through text message. MINOR

---

[1] Snapchat is a free-access social networking mobile application made by Snap, Inc. The application is available through the Apple iPhone "App Store" and Google Play, and it provides users a way to share photos, videos and text. Snapchat is one of the most popular applications for sending and receiving 'self-destructing' messages, pictures, and videos, referred to as "snaps."

[2] As discussed in more detail *infra*, there is probable cause to believe that Snapchat username ▓▓▓▓▓▓▓ is operated by HERRERA.

[3] During the interview, MINOR A advised that she had previously been the victim of sexual exploitation, including that she was persuaded and coerced into making videos of herself engaged in sexually explicit conduct and sending those videos to individuals on Snapchat.

2

        A further advised that ███████ had access to MINOR A's Snapchat account and would notify MINOR A through her Snapchat account when he was getting off of her account, allowing MINOR A to log back onto her Snapchat account.

6.     During the interview, MINOR A stated that she was still in communication with ███████. MINOR A advised that all of the videos that MINOR A produced and sent to ███████ were located within the "My Eyes Only"[4] section of MINOR A's Snapchat account.

7.     MINOR A was residing in Massachusetts during the course of the communications with ███████.

### Review of MINOR A's iPhone

8.     During a review of a digital extraction of MINOR A's iPhone, agents observed text messages between MINOR A and a telephone number ending in 8121, which was saved in MINOR A's phone as "blackmailer [followed by four emojis]" (hereinafter the "8121 NUMBER").[5]  The chat was initiated by the 8121 NUMBER on June 4, 2020 – the date that MINOR A became friends with ███████ on Snapchat – at 11:28:05 A.M. (UTC-4), and ended on June 23, 2020 at 1:14:36 A.M.

9.     The following messages are excerpts of that chat:

---

[4] "My Eyes Only" is a Snapchat feature that helps a user to keep their files private.  It is a password protected section within the social media application.

[5] As discussed in more detail *infra*, there is probable cause to believe that HERRERA is the user of the 8121 NUMBER and the user of the ███████ Snapchat account.

| Date/Time | Sender | Message |
|---|---|---|
| 06/04/2020, 11:28:05am (UTC-4) | 8121 NUMBER | Make any new videos |
| 06/04/2020, 11:28:16am (UTC-4) | MINOR A | Who is this |
| 06/04/2020, 11:31:14am (UTC-4) | MINOR A | ? |
| 06/04/2020,12:18:09PM (UTC-4) | 8121 NUMBER | Anymore videos |
| 06/04/2020, 12:19:44pm (UTC-4) | 8121 NUMBER | I aint been able to see the new the ones lil whore since you locked us out but I have all the other ones |

\* \* \*

| 06/04/2020, 12:22:05pm (UTC-4) | 8121 NUMBER | Sent the new videos |
|---|---|---|
| 06/04/2020, 12:24:22pm (UTC-4) | MINOR A | What new videos |
| 06/04/2020, 12:24:27pm (UTC-4) | MINOR A | I don't know who this is |
| 06/04/2020, 12:24:33pm (UTC-4) | MINOR A | I don't know what your talking about |
| 06/04/2020, 12:24:35pm (UTC-4) | 8121 NUMBER | In your my eyes[6] |
| 06/04/2020, 12:24:37pm (UTC-4) | MINOR A | I'm so confused |
| 06/04/2020, 12:24:51pm (UTC-4) | 8121 NUMBER | Do I have to send you videos of you |
| 06/04/2020, 12:24:56pm (UTC-4) | 8121 NUMBER | You lil whore |

\* \* \*

| 06/04/2020, 12:28:06pm (UTC-4) | 8121 NUMBER | Send them |
|---|---|---|
| 06/04/2020, 12:28:09pm (UTC-4) | 8121 NUMBER | Now |
| 06/04/2020, 12:30:53pm (UTC-4) | 8121 NUMBER | I hate waiting cunt |

\* \* \*

| 06/04/2020, 12:32:00pm (UTC-4) | 8121 NUMBER | Do as I say |
|---|---|---|
| 06/04/2020, 12:32:05pm (UTC-4) | 8121 NUMBER | Idc send them |
| 06/04/2020, 12:32:14pm (UTC-4) | 8121 NUMBER | Or change it back |
| 06/04/2020, 12:32:26pm (UTC-4) | MINOR A | Change what back |
| 06/04/2020, 12:32:47pm (UTC-4) | MINOR A | Ohh |
| 06/04/2020, 12:32:53pm (UTC-4) | MINOR A | Did u have access to my snap |
| 06/04/2020, 12:32:53pm (UTC-4) | 8121 NUMBER | Send the videos |

\* \* \*

---

[6] I understand this to be a reference to the "my eyes only" section of the Snapchat application, which is a password protected storage application within Snapchat.

4

| | | |
|---|---|---|
| 06/04/2020, 12:33:39pm (UTC-4) | 8121 NUMBER | We all did |
| 06/04/2020, 12:33:48pm (UTC-4) | MINOR A | Who's we |
| 06/04/2020, 12:34:20pm (UTC-4) | MINOR A | I haven't been on or touched that snapChat |
| 06/04/2020, 12:34:25pm (UTC-4) | MINOR A | Is ran by a guy now |
| 06/04/2020, 12:34:27pm (UTC-4) | 8121 NUMBER | Me and the other 2 masters |

\* \* \*

| | | |
|---|---|---|
| 06/04/2020, 12:40:44 (UTC-4) | 8121 NUMBER | Send the videos you have with your dog ill be waiting |
| 06/04/2020, 12:47:55pm (UTC-4) | 8121 NUMBER | I hate waiting cunt I don't know what you dont understand ay |
| 06/04/2020, 1:14:04pm (UTC-4) | 8121 NUMBER | Blocked |
| 06/04/2020, 1:14:24pm (UTC-4) | 8121 NUMBER | Your videos are going to get leaked to your friends and internet |
| 06/04/2020, 1:14:45pm (UTC-4) | MINOR A | I'm at work |
| 06/04/2020, 1:14:48pm (UTC-4) | MINOR A | Just give me a bit |
| 06/04/2020, 01:14:52pm (UTC-4) | MINOR A | I'll text u |
| 06/04/2020, 01:15:05pm (UTC-4) | 8121 NUMBER | Dont make me regret this |
| 06/04/2020, 03:23:23pm (UTC-4) | 8121 NUMBER | What time will you be done |
| 06/04/2020, 03:45:59pm (UTC-4) | 8121 NUMBER | ?? |
| 06/04/2020, 03:46:10pm (UTC-4) | MINOR A | 9 |
| 06/04/2020, 03:48:20pm (UTC-4) | 8121 NUMBER | Im not waiting that long |
| 06/04/2020, 03:48:29pm (UTC-4) | 8121 NUMBER | Send some now |
| 06/04/2020, 03:50:36pm (UTC-4) | MINOR A | [MINOR A sent one image depicting an upside down image of female breasts] |
| 06/04/2020, 03:51:03pm (UTC-4) | MINOR A | I don't have any nudes on this phone and I don't have the time to Fucking fight with this guy on my snap |
| 06/04/2020, 03:52:00pm (UTC-4) | 8121 NUMBER | Reset the password |
| 06/04/2020, 03:52:18pm (UTC-4) | 8121 NUMBER | Good girl |
| 06/04/2020, 03:56:00pm (UTC-4) | VICTIM A | [MINOR A sent an image containing a closeup photograph of a vagina][7] |

---

[7] To avoid unnecessary in-person interaction given the health concerns posed by the current COVID-19 pandemic, I am not providing a copy of these images to the Court. I am aware that the "preferred practice" in the First Circuit is that a Magistrate Judge view an image that agents believe constitutes child pornography by virtue of its depiction of the lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 18-19 (1st Cir. 2001). Here, however, the

5

| | | |
|---|---|---|
| 06/04/2020, 03:57:57pm (UTC-4) | 8121 NUMBER | Hmm good slut |

\* \* \*

| | | |
|---|---|---|
| 06/04/2020, 4:09:42pm (UTC-4) | MINOR A | [Reference to MINOR A's Snapchat username][8] you will not log into that snap |
| 06/04/2020, 04:09:44pm (UTC-4) | 8121 NUMBER | Send the proper log in daddy wants |
| 06/04/2020, 04:09:47pm (UTC-4) | MINOR A | Just add me |

\* \* \*

| | | |
|---|---|---|
| 06/04/2020, 04:17:24pm (UTC-4) | 8121 NUMBER | I added you |

\* \* \*

| | | |
|---|---|---|
| 06/04/2020, 04:19:00pm (UTC-4) | MINOR A | I'm 16 |

\* \* \*

| | | |
|---|---|---|
| 06/20/2020, 12:43:46am (UTC-4) | 8121 NUMBER | What happened to the video sucking the guys dick |
| 06/20/2020, 12:44:49m (UTC-4) | MINOR A | It's not my snap memory's |
| 06/20/2020, 12:44:55am (UTC-4) | MINOR A | It's on my camera roll |
| 06/20/2020, 12:44:59am (UTC-4) | MINOR A | The bad one is on there |
| 06/20/2020, 12:45:04am (UTC-4) | MINOR A | The dark ones |
| 06/20/2020, 12:45:07am (UTC-4) | MINOR A | There are two |
| 06/20/2020, 12:47:28am (UTC-4) | 8121 NUMBER | Oh |

10. Law enforcement conducted a forensic review of MINOR A's iPhone. By manually reviewing the Snapchat application on MINOR A's iPhone, law enforcement was able to

---

descriptions offered "conveys to the Magistrate Judge more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F. 3d 255, 261 (1st Cir. 2014) (distinguishing *Brunette*). The Court need not view the images described herein to find that they depict child pornography.

[8] MINOR A's Snapchat account username is known to law enforcement but redacted here to protect MINOR A's identity.

confirm that MINOR A had been "friends" with Snapchat username ▇▇▇▇▇▇ since June 4, 2020.

11. Approximately 73 snaps were saved within the Snapchat "chat" feature between MINOR A and ▇▇▇▇▇▇.⁹ The saved snaps appeared to be snaps that were created by MINOR A and shared with ▇▇▇▇▇▇. Several of the snaps consisted of what appeared to be MINOR A engaged in various sexual acts, including inserting various items into her vagina.

12. For instance, one saved snap between MINOR A and ▇▇▇▇▇▇ consisted of a snap depicting a pubescent female, believed to be MINOR A, inserting the green handle of what appeared to be a hairbrush into her vagina.¹⁰

13. Other saved snaps found in the Snapchat exchange between MINOR A and ▇▇▇▇▇▇ included files depicting a female, believed to be MINOR A, urinating on food and performing oral sex on an erect male's genitalia, as well as multiple files that show MINOR A posed in various stages of undress. These snaps are consistent with information that MINOR A provided to law enforcement during her interview.

**Search of the ▇▇▇▇▇▇ Snapchat Account**

14. Based in part on the foregoing information, I obtained a federal search warrant for the Snapchat account associated with the username ▇▇▇▇▇▇. The search warrant return

---

⁹ A user can type messages and send photos, videos, audio notes, and video notes to friends within the Snapchat application using the "chat" feature. Once a chat message is viewed by both the sender and the recipient, and both parties' swipe away from the chat screen, the message will be cleared. Within the Snapchat application itself, a user can opt to save part of the chat by tapping on the message that they want to keep.

¹⁰ MINOR A's face is not visible in this video; however, the person shown in the video is consistent with MINOR A's age and appearance.

included over one thousand media files[11] that were sent from MINOR A's Snapchat account to ▮. Several of the media files sent by MINOR A's Snapchat account to ▮ depict child pornography, including videos of MINOR A masturbating, inserting various objects into her vagina, and engaging in sexual acts, including with her dog.

15. Included in the warrant return were approximately 208 media files sent from MINOR A's Snapchat account to ▮ that were timestamped June 4, 2020.[12] An example of one of these files with a timestamp of June 4, 2020, indicating that ▮ received the file from MINOR A on or about June 4, 2020, is described below:

    a. File titled "chat~mediav4~2020-06-04-20-27- 51UTC~[MINOR A's Snapchat user name]~▮~saved~b~EiQSFTBQlZibVpwNDhrY0lZcGNOM3dUUBoAGgAyAXxlAEYAE~v4.zip" consists of a video that is nine seconds in length and depicts MINOR A naked in a bathroom masturbating. A red substance can be seen both on the floor and in the area of MINOR A's vagina.

16. An example of a media file with a timestamp of June 26, 2020, indicating that ▮ received the file from MINOR A on or about June 26, 2020, is described below:

    a. File titled "chat~media_v4~2020 06-26-03-54- 52UTC~[MINOR A's Snapchat username]▮~saved~b~EiQSFWdGNVpwbWxqMXg

---

[11] A media file is a file that includes pictures, music, audio files, and video files.

[12] The naming convention for the media files provided by Snapchat includes the date and time of transmission of the file and the usernames of the sender and recipient. The Snapchat search warrant return also included a spreadsheet that documents when chats and/or media files were exchanged between users, including the sender and recipient usernames and a timestamp of transmission.

5NzhqVk1ubzl5ZxoAGAyAXxlA1AEYAE~v4.zip" consists of a video that is nine seconds in length. The video appears to be a self-produced video of MINOR A and depicts a close-up of a female vagina being touched by a hand. A dog, which matches the description of the dog owned by MINOR A, is observed multiple times in the video licking the female's vagina.[13]

## Identification of HERRERA

### *Identification HERRERA as the user of the 8121 NUMBER*

17. The 8121 NUMBER was identified as being held by Pinger Inc. ("Pinger").[14] An administrative subpoena was served to Pinger requesting subscriber records for the 8121 NUMBER in connection with the date of June 4, 2020, which is the date that the 8121 NUMBER first contacted MINOR A via text. The subpoena return indicates that the Pinger account was created on July 25, 2019 and the email address associated with the account was ▇▇▇▇▇▇▇@yahoo.com. The name associated with the Pinger account is Ern▇88 2.[15]

18. An administrative subpoena was served to Yahoo requesting subscriber records for the email address ▇▇▇▇▇▇▇@yahoo.com. In its response to the subpoena, Yahoo identified the name associated with the account as "Mike Romeo." The telephone number associated with the email address was a telephone number ending in 9335 (hereinafter the "9335

---

[13] As documented in the chats excerpted above, videos of this nature were requested by the 8121 NUMBER on June 4, 2020.

[14] Pinger is a VoIP (voice over internet protocol) operator that has developed mobile applications that allow Android and iOS users to send and receive text messages and voice calls.

[15] The name associated to the Pinger Account is the first three letters of HERRERA's first name (Ernesto) followed by numbers that correspond to HERRERA's date of birth, which is ▇▇ 1988.

9

NUMBER"). As outlined in more detail *infra*, the 9335 NUMBER is subscribed to "Ernesto HERRERA" with the address ▮▮▮▮▮▮▮▮▮▮, Chicago, Illinois 60617.[16]

### *Identification of HERRERA as the user of the 9335 NUMBER*

19. Administrative subpoenas were also served on Snapchat for information regarding Snapchat username ▮▮▮▮▮▮▮▮, including subscriber information. According to the subpoena return, the ▮▮▮▮▮▮▮▮ Snapchat account was registered on June 4, 2020, and the email address associated with the account was ▮▮▮▮▮▮▮▮@gmail.com.

20. Snapchat also provided various IP addresses[17] used by the ▮▮▮▮▮▮▮▮ account. Specifically, the subpoena return identified an IP address held by Comcast, IP 73.247.45.83, that was accessed on approximately ten occasions at various times between March 6, 2021 at 18:19:32 UTC and March 10, 2021 at 13:09:14 UTC.

21. An administrative subpoena was served to Comcast requesting subscriber information for IP address 73.24.45.83 for the date and times that it was used by the ▮▮▮▮▮▮▮▮

---

[16] On May 25, 2021, law enforcement confirmed that HERRERA resides at the address located at ▮▮▮▮▮▮▮▮▮▮, in Chicago, Illinois. Specifically, law enforcement made contact with HERRERA's father at the multi-family residence located at ▮▮▮▮▮▮▮▮▮▮, in Chicago, Illinois. He advised that he owns the multi-family residence with his wife. He confirmed that his son lives within the multi-family residence and advised that his son, who law enforcement previously identified as Ernesto HERRERA (YOB 1988), resides on the first floor in the Front apartment, while he resides on the second floor with his wife. He further advised that another tenant unrelated to the family resides on the first floor in the Rear apartment.

[17] An "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers (ISPs) control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP could assign a different unique number to a computer or device when it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on specific dates and times.

account to access Snapchat.  Records from Comcast identified the subscriber of the IP address as:

    Subscriber Name:    ERNESTO HERRERA
    Service Address:    ▉▉▉▉▉▉▉▉▉ Apt 1, Chicago, IL 60617-3127
    Billing Address:    ▉▉▉▉▉▉▉▉▉, Apt 1, Chicago, IL 60617-3127
    Telephone #:    ▉▉▉▉▉▉9335
    Type of Service:    High Speed Internet Service

22. Notably, the telephone number identified in the Comcast subpoena return is the same 9335 NUMBER listed for the email address (▉▉▉▉▉▉@yahoo.com) associated with the 8121 NUMBER, as discussed *supra* in paragraphs 17-18.

23. An administrative subpoena was then served to T-Mobile requesting subscriber information for the 9335 NUMBER.  T-Mobile identified the subscriber for the 9335 NUMBER as:

    Customer Name:    ERNESTO HERRERA
    Subscriber Name:    ERNESTO HERRERA
    Service Address:    ▉▉▉▉▉▉▉▉▉, Chicago, IL 60617
    Billing Address:    ▉▉▉▉▉▉▉▉▉, Chicago, IL 60617

24. I have reviewed records maintained by the Illinois Department of Motor Vehicles ("DMV"), which include records related to a driver's license held by HERRERA.  The driver's license includes a photograph, which I have reviewed, and the address for HERRERA is ▉▉▉▉▉▉▉▉▉, in Chicago, Illinois.

25. Open source research for the 9335 NUMBER identified multiple online platforms with accounts associated with the telephone number, including WhatsApp (a free multimedia communication application), Amazon, Viber (a free, end-to-end encrypted multimedia communication application), and Skype (a partially-free multimedia communication application).

26. Open source research revealed that the profile picture associated with the WhatsApp account linked to the 9335 NUMBER depicts a male, approximately 25-35 years old, sitting in a vehicle, wearing glasses and black earrings. Animal ear filters are located on the top of the male's head.[18] I have compared this photograph with HERRERA's driver's license photograph (in which he is wearing the same style black earrings as the earrings pictured in the WhatsApp profile picture) and believe that the same person is depicted in both images.

27. Open source research revealed that the name "Erniee" was listed for the Viber account associated with the 9335 NUMBER and the name associated with the Skype account for the 9335 NUMBER was listed as "Ernesto Herrera."

### HERRERA's Membership at a Chicago Fitness Center and Use of the Fitness Center's Internet to Access his Accounts

28. In Snapchat's subpoena return, it also identified an IP address held by Comcast Business, IP 96.65.124.5, that was accessed by ▮▮▮▮▮▮▮▮ on March 10, 2021 at 1:00:32 UTC and 01:00:38 UTC. The local standard time for Chicago, Illinois for the UTC time noted in connection with IP 96.65.124.5, is March 9, 2021 at 08:00 P.M. CST.

29. According to records obtained from Google LLP pursuant to subpoena, IP 96.65.124.5 was also used by email address ▮▮▮▮▮▮▮▮@gmail.com (the email address used to create the ▮▮▮▮▮▮▮▮ Snapchat account) to access the internet on November 4, 2020, at 2:26:46 UTC.

---

[18] Filters are a popular tool accessible through and widely recognizable as originating from Snapchat. According to Snapchat, filters are design overlays that you add on top of your snaps.

30. According to Comcast Business records, IP address 96.65.124.5 is subscribed to a fitness center, located in Chicago, Illinois (hereinafter referred to as the "Fitness Center").

31. On April 26, 2021, the Fitness Center advised law enforcement that HERRERA is a member of the Fitness Center, and that HERRERA checked into the Fitness Center on March 9, 2021, which is a date on which the ▇▇▇▇ Snapchat account accessed the internet from the Fitness Center's IP address.

## CONCLUSION

32. As demonstrated by all of the foregoing, there is probable cause to believe that HERRERA is the user and operator of the Snapchat account with username ▇▇▇▇ the 8121 NUMBER, saved in MINOR A's phone as "blackmailer," and the 9335 NUMBER. Records show that the ▇▇▇▇ Snapchat account used an IP address held by Comcast and subscribed to "Ernesto Herrera" at the address ▇▇▇▇, Apt 1, Chicago, IL 60617-3127, where HERRERA resides. The phone number associated with the "Ernesto Herrera" Comcast account is the 9335 NUMBER, which is a T-Mobile phone number subscribed to "Ernesto Herrera" at the address ▇▇▇▇, Chicago, IL 60617, where HERRERA resides. Additionally, MINOR A's text messages from the 8121 NUMBER begin on June 4, 2020, the same date that she became Snapchat "friends" with ▇▇▇▇. The 8121 NUMBER's Pinger account is under the name "Ern▇88 2," which corresponds to HERRERA's first name and date of birth, and the email address associated with the Pinger account comes back to a Yahoo account that verified the 9335 NUMBER, among other things. The profile photograph for the WhatsApp account associated with the 9335 NUMBER appears to depict HERRERA. Finally, both the ▇▇▇▇ account and the email address ▇▇▇▇@gmail.com, associated with

13

the creation of the ▮▮▮▮▮▮ Snapchat account, used an IP address subscribed to the Fitness Center located in Chicago, Illinois, where HERRERA is a member.

33. Based on all of the foregoing, I submit that there is probable cause to believe the following:

   a. Or about June 4, 2020, Ernesto HERRERA employed, used, persuaded, induced, enticed, and coerced a minor, MINOR A, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, in violation with 18 U.S.C § 2251(a); and

    b. On or about June 4, 2020, Ernesto HERRERA knowingly received any child pornography, using any means or facility of interstate or foreign commerce or that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A)).

Sworn to under the pains and penalties of perjury,

_____
Lisa A. Crandall
Federal Bureau of Investigation

SWORN before me telephonically pursuant to Fed. R. Crim. P. 41(d)(3) this **1st** day of June 2021.

_____
HON. MARIANNE B. BOWLER
United States Magistrate Judge