# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00361 All Defendants

Case title: USA v. Herrera

Other court case number: 21-MJ-2498-MBB District of
Massachusetts

Date Filed: 06/03/2021

---

Assigned to: Honorable Beth W. Jantz

**Defendant (1)**

**Ernesto Herrera**

represented by **Jasmine J. Johnson**
Federal Defender Program
For The Northern District Of Illinois
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8348
Email: jasmine_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F Failure to Appear | |

---

**Plaintiff**

**USA**

represented by **Patrick Morgan Mott**
U.S. Attorney's Office for the Northern District of
Ill
219 S. Dearborn Street, Room 500

Chicago, IL 60604
(312) 469-6052
Email: Patrick.Mott@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2021 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Beth W. Jantz as to Ernesto Herrera (1) (bg, ) (Entered: 06/03/2021) |
| 06/03/2021 | | ARREST of defendant Ernesto Herrera. (rc, ) (Entered: 06/04/2021) |
| 06/03/2021 | | ORAL MOTION by USA for pretrial detention as to Ernesto Herrera. (rc, ) (Entered: 06/04/2021) |
| 06/03/2021 | 2 | ORDER as to Ernesto Herrera; Initial appearance proceedings held. Defendant appears in response to arrest on 06/03/2021. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear telephonically. Defendant informed of his rights. Attorney, Jasmine Johnson of the Federal Defender Program is appointed as counsel for defendant. Defendant informed of the charges against him. Pursuant to Fed. R. Crim. P 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the defendant as to guilt or punishment, and possible consequences of non-disclosure. For further details, please see the attached written order. Defendant waives his right to an identity hearing. The Court finds that defendant is the individual named in the Indictment. Defendant reserves his right to a preliminary examination hearing to be held by the charging district. The Government's oral motion for pretrial detention is entered and continued to 06/07/2021 at 1:00 p.m. and the hearing will be conducted telephonically. To join the call, counsel shall dial 888-273-3658 and enter access code 2217918. Defendant, Ernesto Herrera is remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court. Signed by the Honorable Beth W. Jantz on 06/03/2021. Mailed notice. (rc, ) (Entered: 06/04/2021) |
| 06/03/2021 | 3 | ORDER Appointing Counsel FEDERAL DEFENDER PROGRAM for Ernesto Herrera. Signed by the Honorable Beth W. Jantz on 06/03/2021. Mailed notice. (rc, ) (Entered: 06/04/2021) |
| 06/03/2021 | 4 | ATTORNEY Appearance for defendant Ernesto Herrera by Jasmine J. Johnson. (rc, ) |

| | | (Entered: 06/04/2021) |
|---|---|---|
| 06/03/2021 | 5 | ORDER Pursuant to Federal Rule of Criminal Procedure 5(f) as to Ernesto Herrera. Signed by the Honorable Beth W. Jantz on 06/03/2021. Mailed notice. (rc, ) (Entered: 06/04/2021) |
| 06/04/2021 | 6 | PRETRIAL Bail Report as to Ernesto Herrera (SEALED) (Tramonte, Carla) (Entered: 06/04/2021) |
| 06/07/2021 | 7 | SUPPLEMENTAL Addendum as to Ernesto Herrera (SEALED) (Tramonte, Carla) (Entered: 06/07/2021) |
| 06/07/2021 | 8 | MINUTE entry before the Honorable Beth W. Jantz: Detention hearing held on 06/07/2021. By agreement and consent of all the parties and pursuant to the CARES Act, all parties and potential third-party custodian appear by telephone. Spanish interpreter present. Detention hearing continued to 06/09/2021 at 12:00 p.m. and will proceed telephonically. To join the call, counsel shall dial 888-273-3658 and enter access code 2217918. By the close of business on 06/08/2021, Pretrial Services shall complete the assigned interview of the family member as discussed during the hearing, and file a supplemental addendum as stated on the record. Defendant, Ernesto Herrera, shall remain in custody until further order of the Court. Potential third-party custodian and other family members as identified during the hearing are to appear telephonically for the continued detention hearing on 06/09/2021. Mailed notice. (pk, ) (Entered: 06/07/2021) |
| 06/08/2021 | 9 | SUPPLEMENTAL Addendum as to Ernesto Herrera (SEALED) (Tramonte, Carla) (Entered: 06/08/2021) |
| 06/09/2021 | 10 | TRANSCRIPT OF PROCEEDINGS as to Ernesto Herrera held on 6/7/21, before the Honorable Beth W. Jantz. Order Number: 40944. Court Reporter Contact Information: Joseph Rickhoff, 312-435-5562, joseph_rickhoff@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 6/30/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/7/2021. (Rickhoff, Joseph) (Entered: 06/09/2021) |
| 06/09/2021 | | ORAL MOTION by USA for Pretrial Detention as to Ernesto Herrera. (jh, ) (Entered: 06/10/2021) |
| 06/09/2021 | 12 | ORDER as to Ernesto Herrera: Telephonic detention hearing held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear telephonically. Spanish interpreter and Court Reporter present. For all of the reasons stated on the oral record, government's oral motion for pretrial detention is denied. The Order Setting Conditions of Release as to Defendant Ernesto Herrera shall be stayed until 1:15 p.m. Central on 6/11/2021. If the Court is not notified of an appeal filed in the District of Massachusetts by that time, the stay of the Order Setting Conditions of Release as to Defendant will be lifted and Defendant shall be released that afternoon, 6/11/21. Counsel for the government and the defendant are directed to let the Court, Chambers_Jantz@ilnd.uscourts.gov and the Marshals know the status by 1:15pm Central on Friday, or as soon as any appeal is so filed. Enter Order. Signed by the Honorable Beth W. Jantz on 6/9/2021. Mailed notice (jh, ) (Entered: 06/10/2021) |
| 06/10/2021 | 11 | TRANSCRIPT OF PROCEEDINGS as to Ernesto Herrera held on 6/9/21, before the Honorable Beth W. Jantz. Telephonic detention hearing, part 2. Order Number: 40960. |

| | | |
|---|---|---|
| | | Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/1/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/8/2021. (Renke, Laura) (Entered: 06/10/2021) |
| 06/10/2021 | 13 | ORDER Setting Conditions of Release as to Ernesto Herrera in amount of $ 10,000, Unsecured. Signed by the Honorable Beth W. Jantz on 6/10/2021. Mailed notice (jh, ) (Entered: 06/10/2021) |
| 06/10/2021 | 14 | APPEARANCE Bond as to Ernesto Herrera in the amount of $ 10,000. (jh, ) (Entered: 06/10/2021) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 06/10/2021 16:15:35 | | | | |
| **PACER Login:** | Mackduane444:4780661:4299065 | **Client Code:** | | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00361 | |
| **Billable Pages:** | 3 | **Cost:** | 0.30 | |