UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNESTO HERRERA,<br><br>Defendant | Criminal No. 22cr10168<br><br>Violation:<br><br>Count One: Coercion and Enticement of a Minor (18 U.S.C. § 2422(b))<br><br>Forfeiture Allegation:<br>(18 U.S.C. §§ 2428, 981(a)(1)(C) and 28 U.S.C. § 2461) |

INFORMATION

COUNT ONE
Coercion and Enticement of a Minor
(18 U.S.C. § 2422(b))

The United States Attorney charges:

On or about June 4, 2020, in the District of Massachusetts, and elsewhere, the defendant,

ERNESTO HERRERA,

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, including sexual exploitation of children, in violation of Title 18, United States Code, Section 2251, and posing a child in a state of nudity or sexual conduct, in violation of Mass. Gen. Laws chapter 272, section 29A, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

**FORFEITURE ALLEGATION**
(18 U.S.C. §§ 2428, 981(a)(1)(C) and 28 U.S.C. § 2461)

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2428, set forth in Count One, the defendant,

ERNESTO HERRERA,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428(a)(1), all his right, title, and interest to any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and pursuant to Title 18, United States Code, Sections 2428(a)(2) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

    a. One black iPhone, serial number G6TXW8E6KPHG.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 2428 and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant–

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 2428, 981(a)(1)(C) and Title 28, United States Code, Section 2461.

                                              Respectfully submitted,

                                              RACHAEL S. ROLLINS
                                              United States Attorney

By:     /s/ J. Mackenzie Duane
                                              J. Mackenzie Duane
                                              Assistant United States Attorney

Dated: July 21, 2022