**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II        **Investigating Agency**  FBI

**City**   Norton        **Related Case Information:**

**County**   Bristol        Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   21-MJ-2498-MBB
Search Warrant Case Number   21-MJ-2080, 2081, 2082, 2083-MBB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Ernesto Herrera        Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name** _____

**Address**   (City & State)  8740 S Muskegon Avenue, Chicago, Illinois

Birth date (Yr only): 1988   SSN (last4#): 5017   Sex M   Race: Hispanic   Nationality: USA

**Defense Counsel if known:**   Ian Gold        Address  Law Office of Ian Gold

**Bar Number** _____        185 Devonshire Street, Suite 302
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   J. Mackenzie Duane        Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**   06/03/2021

☑ Already in Federal Custody as of   06/03/2021   in   Wyatt Detention Facility   .
☐ Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint        ☑ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty ____ ☐ Misdemeanor ____ ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   07/21/2022        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Ernesto Herrera _____

### U.S.C. Citations

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013